# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARVIN DALE ROCHELL**                                                          **PLAINTIFF**

**v.**                                                                                                                   **No. 4:05CV268-P-A**

**CORRECTIONAL MEDICAL SERVICES, ET AL.**                     **DEFENDANTS**

## ORDER

This matter comes before the court on the *pro se* prisoner plaintiff's March 20, 2006, motion to assign this case to the standard track. In light of the recommendation of the United States Magistrate Judge to dismiss this case for failure to state a claim upon which relief could be granted, the court finds that the instant motion is not well taken and is hereby **DENIED.**

**SO ORDERED,** this the 28th day of April, 2006.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE